```
                                              F I L E D
                                        UNITED STATES DISTRICT COURT
                                            DENVER, COLORADO
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

DEC -8 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-02890-BNB
(The above civil action number must appear on all future papers
 sent to the court in this action. Failure to include this number
 may result in a delay in the consideration of your claims.)

DOUGLAS SANCHEZ,

    Plaintiff,

v.

CORRECTIONAL HEALTHCARE MANAGEMENT, L.L.C.,
UNKNOWN CHIEF FINANCIAL OFFICER,
JOHN OR JANE DOE 1,
P.A. GORMAN,
LPN BECKY HAYO,
LPN JESSICA GAYMAN,
CITY AND COUNTY OF FT. MORGAN,
COUNTY COMMIS[S]IONERS OFFICE,
JOHN DOE AND JANE DOE 2-10,
FT. MORGAN COUTNY SHERIFF'S DEPARTMENT, and
SHERIFF JAMES CROWE,
All the named and unknow[n] John and Jane Does in their official and individual
capacities.

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915. As part of the court's review pursuant to

D.C.COLO.LCivR 8.2, the court has determined that the submitted document is

deficient as described in this order. Plaintiff will be directed to cure the following if he

wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing certificate showing current balance in prison account
(5) ___ is missing required financial information
(6) ___ is missing an original signature by the prisoner
(7) ___ is not on proper form (must use the court's current form)
(8) ___ names in caption do not match names in caption of complaint, petition or habeas application
(9) ___ An original and a copy have not been received by the court. Only an original has been received.
(10) ___ other:_____.

**Complaint, Petition or Application:**
(11) _X_ is not submitted
(12) ___ is not on proper form (must use the court's current form)
(13) ___ is missing an original signature by the prisoner
(14) ___ is missing page nos. ___
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ An original and a copy have not been received by the court. Only an original has been received.
(17) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) ___ names in caption do not match names in text
(19) ___ other _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following form: Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED December 8, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02890-BNB

Douglas Sanchez
Prisoner No. 56421
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

I hereby certify that I have mailed a copy of the **ORDER two copies of the Prisoner Complaint form** to the above-named individuals on December 8, 2010.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk