IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 1 6 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-02890-BNB

DOUGLAS SANCHEZ,
    Plaintiff,

v.

CORRECTIONAL HEALTHCARE MANAGEMENT, L.L.C.,
UNKNOWN CHIEF FINANCIAL OFFICER – JOHN OR JANE DOE 1,
P.A. GORMAN,
LPN BECKY HAYO,
LPN JESSICA GAYMAN,
CITY AND COUNTY OF FT. MORGAN,
COUNTY COMMIS[S]IONERS OFFICE – JOHN DOE AND JANE DOE 2-10, and
FT. MORGAN COUNTY SHERIFF'S DEPARTMENT – SHERIFF JAMES CROWE,
    Defendants.

## ORDER DISMISSING CASE

Plaintiff, Douglas Sanchez, is incarcerated at the Sterling Correctional Facility in Sterling, Colorado. Mr. Sanchez initiated this action by filing *pro se* a "Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915." On December 8, 2010, Magistrate Judge Boyd N. Boland ordered Mr. Sanchez to cure certain deficiencies if he wished to pursue his claims in this action. More specifically, Magistrate Judge Boland directed Mr. Sanchez to file a Prisoner Complaint and to submit a certified copy of his inmate trust fund account statement in support of the 28 U.S.C. § 1915 motion. On January 11, 2011, Magistrate Judge Boland granted Mr. Sanchez's motion for an extension of time to cure the deficiencies. On January 26, 2011, Mr. Sanchez filed a letter to the Court asking the Court to dismiss this action without prejudice because he is unable to pursue his claims at this time.

Pursuant to Rule 41(a)(1)(A), Fed. R. Civ. P., Mr. Sanchez "may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." No response has been filed by any Defendant. Therefore, the Court will construe Mr. Sanchez's letter to the Court filed on January 26 as a notice of voluntary dismissal. A voluntary dismissal pursuant to Rule 41(a)(1)(A) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that Plaintiff's letter to the Court filed on January 26, 2011, is construed as a notice of voluntary dismissal. It is

FURTHER ORDERED that the instant action is dismissed without prejudice pursuant to Plaintiff's notice of voluntary dismissal. It is

FURTHER ORDERED that the voluntary dismissal is effective as of January 26, 2011, the date the notice of voluntary dismissal was filed in this action.

DATED at Denver, Colorado, this 15th day of February, 2011.

BY THE COURT:

*Zita Leeson Weinshienk*
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02890-BNB

Douglas Sanchez
Prisoner No. 56421
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on February 16, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk